IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Petitioner,               No. 2:12-cv-0609 JFM (HC)

    vs.

MATTHEW CATES,

      Respondent.            <u>ORDER</u>

                              /

       Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

       Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

       The court has reviewed the petition and finds it to be unintelligible. <u>See</u> Rule 2(c), Rules Governing § 2254 Cases.

       Therefore, IT IS HEREBY ORDERED that:

       1. Petitioner is granted leave to proceed in forma pauperis;

       2. Petitioner's petition for writ of habeas corpus is dismissed with leave to file an amended petition within thirty days from the date of this order;

1

3. Any amended petition must be filed on the form provided with this order, must name the proper respondent, and must state all claims and prayers for relief on the form; it must bear the case number assigned to this action and the title "Amended Petition"; failure to file an amended petition will result in the dismissal of this action; and

4. The Clerk of the Court is directed to send petitioner the court's form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

DATED: August 30, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;turn0609.114